UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rule 16 Conference Calendar

Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

NOVEMBER 19, 2003

4:00 p.m.

*RULE 16 CONFERENCE HELD
Date: 11/19/03*

CASE NO.   3-03-cv-1037 DL Ryan Co, Ltd v Great West Life

COUNSEL OF RECORD:

| | |
|---|---|
| Marie A. Casper (Δ) | Zeldes, Needle & Cooper, 1000 Lafayette Blvd., PO Box 1740, Bridgeport, CT 203-333-9441 |
| Mark J. Kovack (π) | Wake, See, Dimes & Bryniczka, 27 Imperial Ave., Po Box 777, Westport, CT 227-9545 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

ALL PERSONS ENTERING THE COURTHOUSE MUST SHOW PHOTO IDENTIFICATION.