UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D.L. RYAN COMPANIES, LTD. | : | Civil Action |
| Plaintiff, | : | No. 3:03CV1037 (JCH) |
| V. | : | |
| ALTA HEALTH & LIFE INSURANCE COMPANY | : | |
| Defendant. | : | December 17, 2003 |

**JOINT MOTION OF THE PARTIES TO
EXTEND DEADLINE FOR DISCOVERY**

Plaintiff D.L Ryan Companies, Ltd. ("Plaintiff") and Defendant Alta Health & Life Insurance Company ("Defendant"), by and through their attorneys, hereby jointly move for an extension of the deadline for discovery in this action, from February 1, 2004 through March 21, 2004. In support of this motion, the parties represent as follows:

1. The current discovery deadline of February 1, 2004 was set by the order of this court dated July 22, 2003.

2. To date, the parties have engaged in paper discovery, the Defendant has scheduled one deposition for the date of this motion and the Plaintiff has scheduled three depositions for late January, 2004.

3. Each party expects it will be necessary to schedule one or more additional depositions of witnesses whose identity and/or role in this dispute is revealed or clarified by the deposition testimony of the first wave of witnesses.

4.  The current discovery cutoff date of February 1, 2004 would not allow sufficient time to depose such additional witnesses.

5.  At a status conference before the court (Hall, J.) held on November 19, 2003, the court indicated that it would likely grant one extension of the discovery deadline.

WHEREFORE, the parties jointly move for an extension of the discovery deadline from February 1, 2004 to March 21, 2004.

Respectfully Submitted,

_____
Marie A. Casper (ct#08974)

ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740
Tel.: 203-333-9441
Fax: 203-333-1489
E-Mail: mcasper@znclaw.com

Attorneys for Defendant
Alta Health & Life Insurance Company

_____
Mark J. Kovack (CT 01431)
Wake, See, Dimes & Bryniczka
27 Imperial Avenue/P.O. Box 777
Westport, CT 06881-0777
Telephone: (203) 227-9545
Telecopier: (203) 226-1641
E-mail: mkovack@wsdb.com

Attorneys for D.L. Ryan Companies, Ltd.

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, to the following parties of record:

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777
Ph. 203-227-9545

Attorneys for Plaintiff
D.L. Ryan Companies, Ltd.

Dated at Bridgeport, Connecticut this 18th day of December 2003.

Marie A. Casper