#73

03CV1037MEXTTIME

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D.L. RYAN COMPANIES, LTD. | : | Civil Action |
| Plaintiff, | : | No. 3:03CV1037 (JCH) |
| V. | : | |
| ALTA HEALTH & LIFE INSURANCE COMPANY | : | |
| Defendant. | : | December 17, 2003 |

**JOINT MOTION OF THE PARTIES TO
EXTEND DEADLINE FOR DISCOVERY**

Plaintiff D.L Ryan Companies, Ltd. ("Plaintiff") and Defendant Alta Health & Life Insurance Company ("Defendant"), by and through their attorneys, hereby jointly move for an extension of the deadline for discovery in this action, from February 1, 2004 through March 21, 2004. In support of this motion, the parties represent as follows:

1. The current discovery deadline of February 1, 2004 was set by the order of this court dated July 22, 2003.

2. To date, the parties have engaged in paper discovery, the Defendant has scheduled one deposition for the date of this motion and the Plaintiff has scheduled three depositions for late January, 2004.

3. Each party expects it will be necessary to schedule one or more additional depositions of witnesses whose identity and/or role in this dispute is revealed or clarified by the deposition testimony of the first wave of witnesses.

Motion Granted.
Discovery cutoff date 3/21/04
Dispositive Motions due by _____
SO ORDERED
12/22/03
Janet C. Hall, U.S.D.J.