UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D.L. RYAN COMPANIES, LTD. | : | Civil Action |
| Plaintiff, | : | No. 3:03CV1037 (JCH) |
| V. | : | |
| ALTA HEALTH & LIFE INSURANCE COMPANY | : | |
| Defendant. | : | March 12, 2004 |

**MOTION TO EXTEND DEADLINE FOR DISCOVERY TO ALLOW
PRESERVATION OF TESTIMONY THROUGH ADDITIONAL DEPOSITION**

Defendant Alta Life & Health Insurance Company ("Alta") hereby moves for a twelve-day extension of the deadline for discovery in this action, from the current deadline of March 21, 2004 to April 2, 2004, in order to conduct a deposition of one of its own employees who will be unavailable for the trial of this matter. In support of this motion, Alta represents as follows:

1.  A discovery deadline of February 1, 2004 was initially set in this action by Order dated July 22, 2003. Corresponding deadlines were set for dispositive motions (March 1, 2004) and a joint trial memorandum (April 1, 2004).

2.  The parties had jointly moved for an extension of time from February 1, 2004 to March 21, 2004 in which to complete discovery, which motion was granted.

3.  Up until March 9, 2004, the parties expected that both paper discovery and depositions would be completed by March 10, 2004, when the last scheduled deposition was to take place.

4. However, on or about March 9, 2004, Gregory Sanek, an employee of Alta expected to testify for Alta at trial, and whose deposition had not been sought by Plaintiff despite Alta's disclosure of him as a potential witness, first disclosed to Alta that he does not reasonably expect to be able to travel to attend a trial in Connecticut in this action due to a serious health condition. An Affidavit of Gregory Sanek, dated March 11, 2004, attaching a corroborating letter from his treating physician, is attached hereto as Exhibit A.

5. The undersigned inquired of Plaintiff's counsel on March 10, 2004 regarding dates on which he would be available for a telephonic, videotaped deposition for the purpose of preserving Mr. Sanek's testimony for trial. Plaintiff's counsel indicated that he would not be available during the week of March 15 through 20, because of a long-planned vacation. He indicated that he could be available on either April 1 or April 2 for the deposition.

6. At this point the parties have agreed to conduct a video-taped, telephonic deposition of Mr. Sanek's deposition on either April 1 or April 2, 2004, eleven or twelve days subsequent to the current discovery deadline of March 21, 2004.

7. Alta therefore moves for a twelve-day extension of the discovery deadline to April 2, 2004 so that it may take Mr. Sanek's deposition to preserve his testimony for trial and afford Plaintiff an adequate opportunity to cross-examine the witness. Alta also moves for extensions of the deadlines for dispositive motions (to May 1, 2004) and submission of a joint trial memorandum (to June 1, 2004) to correlate with the extensions of time granted for discovery.

8. Plaintiff's counsel consents to this motion for an extension of time.

9. This is the second extension sought by Alta with respect to the discovery deadline.

WHEREFORE, Alta moves to extend the discovery deadline to April 2, 2004, the deadline for dispositive motions to May 1, 2004, and the deadline for submission of a joint trial memorandum to June 1, 2004.

Respectfully Submitted,

_____
Marie A. Casper (ct#08974)

ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740
Tel.: 203-333-9441
Fax: 203-333-1489
E-Mail: mcasper@znclaw.com

Attorneys for Defendant
Alta Health & Life Insurance Company

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, to the following parties of record:

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777
Ph. 203-227-9545

Attorneys for Plaintiff
 D.L. Ryan Companies, Ltd.

Dated at Bridgeport, Connecticut this  12th  day of March 2004.

                                                                            Marie A. Casper