# AFFIDAVIT OF GREG SANEK

STATE OF COLORADO    )
                     )
COUNTY OF ARAPAHOE   )

BEFORE ME, the undersigned authority, personally came and appeared GREG SANEK, who, after being first duly sworn, did depose and state as follows:

1. My name is Greg Sanek. I am an employee of Great-West Life & Annuity Insurance Company. I am over the age of 21 years and competent to make this Affidavit.

2. I suffer from a medical condition that renders me unable to travel. The last time I attempted to travel, I was hospitalized due to complications resulting from my medical condition.

3. Attached as Exhibit A to this Affidavit is a true and correct copy of a letter written by my personal physician, Dr. Mark Edward Elles, M.D.

_____
GREG SANEK

Sworn to and subscribed before me this 11 day of March, 2004.

_____
Notary Public

My commission expires: 9/05/2007

## Denver Internal Medicine Group
155 SOUTH MADISON STREET, SUITE 210
DENVER, COLORADO 80209
(303) 333-5456
FAX (303) 320-6910

*Diplomats American Board of Internal Medicine*

DAVID R. COCHRANE, M.D.
INTERNAL MEDICINE
MARK EDWARD ELLES, M.D.
INTERNAL MEDICINE
ALAN J. SPEES, M.D.
INTERNAL MEDICINE
ROBERT J. DOOLAN, M.D.
INTERNAL MEDICINE

TIMOTHY R. HOPF, M.D.
INTERNAL MEDICINE
ROBERT CARSON, M.D.
INTERNAL MEDICINE
JUDY M. HELLER, M.D.
ARTHRITIS & RHEUMATIC DISEASES

3/10/04

Re: Gregory Sanek
B.D. 10/16/60

Dear Sirs,

Gregory Sanek has been a patient of mine for four years.

Mr. Sanek is unable to travel secondary to his medical condition. Attempts at travel has resulted in his hospitalization.

Sincerely,

Mark E. Elles MD

Exhibit A