UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 12 P 1:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| D.L. RYAN COMPANIES, LTD. | : | Civil Action |
| Plaintiff, | : | No. 3:03CV1037 (JCH) |
| V. | : | |
| ALTA HEALTH & LIFE INSURANCE COMPANY | : | |
| Defendant. | : | March 12, 2004 |

**MOTION TO EXTEND DEADLINE FOR DISCOVERY TO ALLOW PRESERVATION OF TESTIMONY THROUGH ADDITIONAL DEPOSITION**

Defendant Alta Life & Health Insurance Company ("Alta") hereby moves for a twelve-day extension of the deadline for discovery in this action, from the current deadline of March 21, 2004 to April 2, 2004, in order to conduct a deposition of one of its own employees who will be unavailable for the trial of this matter. In support of this motion, Alta represents as follows:

1. A discovery deadline of February 1, 2004 was initially set in this action by Order dated July 22, 2003. Corresponding deadlines were set for dispositive motions (March 1, 2004) and a joint trial memorandum (April 1, 2004).

2. The parties had jointly moved for an extension of time from February 1, 2004 to March 21, 2004 in which to complete discovery, which motion was granted.

3. Up until March 9, 2004, the parties expected that both paper discovery and depositions would be completed by March 10, 2004, when the last scheduled deposition was to take place.