UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D.L. RYAN COMPANIES, LTD. | : | Civil Action |
| Plaintiff, | : | No. 3:03CV1037 (JCH) |
| V. | : | |
| ALTA HEALTH & LIFE INSURANCE COMPANY | : | |
| Defendant. | : | April 20, 2004 |

**MOTION OF ALTA HEALTH & LIFE INSURANCE COMPANY
TO AMEND COUNTERCLAIM TO CORRECT ERROR**

Defendant Alta Life & Health Insurance Company ("Alta") hereby moves pursuant to Fed.R.Civ.P. to amend its Counterclaim, dated September 11, 2003 to correct allegations relating to documents attached to the Counterclaim as Exhibits A and B and to collect the amount of damages claimed.

1. The first portion of the Counterclaim relating to the error Alta seeks to correct is as follows:

> 3. On or about November 22, 1999, Plaintiff submitted to Defendant a signed application for a Group Contract. A copy of the application is attached as Exhibit A.
> 4. Effective January 1, 2000 Plaintiff and Defendant entered into, *inter alia*, the following contracts:
>     a. A Stop-Loss Contract ("Stop-Loss Contract") (a copy is attached as Exhibit B); and
>     b. An Administrative Services Contract ("Initial Administrative Services Contract") (a copy is attached as Exhibit B).
> The Stop-Loss Contract and the Initial Administrative Services Contract are referred to collectively, at times, hereinafter as the "Initial Contracts."

2. Alta wishes to clarify that the document attached as Exhibit A to the Counterclaim is actually the first page of the contract attached as Exhibit B, and that a wholly different document, to be attached to the amended Counterclaim as Exhibit A, constitutes the application submitted by Ryan to Alta for health care benefits coverage for the year 2000.

3. Alta therefore seeks permission of this Court to amend paragraphs 3 and 4 of the First Counterclaim and Exhibits A and B to clarify these points, as set forth in the proposed amended Answer, Affirmative Defenses and Counterclaim attached hereto as Exhibit A.

4. Alta also seeks to amend paragraphs 28 of the First Counterclaim and 29 of the Second Counterclaim to amend the damages amount from $44,398.54 to $38,335.56.

WHEREFORE, Alta moves to amend its Counterclaim to correct the allegations of paragraphs 3, 4, and 28 of the First Counterclaim, paragraph 29 of the Second Counterclaim and Exhibits A and B.

Respectfully Submitted,

_____
Marie A. Casper (ct#08974)

ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740
Tel.: 203-333-9441
Fax: 203-333-1489
E-Mail: mcasper@znclaw.com

Attorneys for Defendant
Alta Health & Life Insurance Company

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, to the following parties of record:

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777
Ph. 203-227-9545

Attorneys for Plaintiff
D.L. Ryan Companies, Ltd.

Dated at Bridgeport, Connecticut this 20th day of April, 2004.

_____
Marie A. Casper