UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 APR 22  A I0: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| D.L. RYAN COMPANIES, LTD. | : | Civil Action |
| Plaintiff, | : | No. 3:03CV1037 (JCH) |
| V. | : | |
| ALTA HEALTH & LIFE INSURANCE COMPANY | : | |
| Defendant. | : | April 20, 2004 |

Please take notice that defendant Alta Health & Life Insurance Company has manually filed the following document or thing:

**Exhibits A-F to the proposed Amended Answer, Affirmative Defenses and Counterclaim of Defendant Alta Health & Life Insurance Company, attached to the Motion of Alta Health & Life Insurance Company to Amend Counterclaim to Correct Error**

This document has not been electronically filed because

[ x ]  the document or thing cannot be converted to an electronic format.
[  ]  the electronic file size of the document exceeds 1.5 megabytes.
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure [
[  ]  5(d) or Local Rule of Criminal Procedure 57(b)
        plaintiff/defendant is excused from filing this document or thing by Court order.

Exhibits A-F have been filed with the court and manually served on all parties.

Respectfully Submitted,

Marie A. Casper (ct#08974)
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740
Tel.: 203-333-9441
Fax: 203-333-1489
E-Mail: mcasper@z,nclaw.com

Attorneys for Defendant
Alta Health & Life Insurance Company

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, to the following parties of record:

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777
Ph. 203-227-9545

Attorneys for Plaintiff
D.L. Ryan Companies, Ltd.

Dated at Bridgeport, Connecticut this 22nd day of April, 2004.

Marie A. Casper