UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 21  P 3: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| D.L. RYAN COMPANIES, LTD. | : | Civil Action |
| Plaintiff, | : | No. 3:03CV1037 (JCH) |
| V. | : | |
| ALTA HEALTH & LIFE INSURANCE COMPANY | : | |
| Defendant. | : | May 21, 2004 |

## STIPULATED DISMISSAL OF COMPLAINT AND COUNTERCLAIM

Having settled the above-captioned litigation, Plaintiff D.L. Ryan Companies, Ltd. ("Plaintiff") and Defendant Alta Life & Health Insurance Company ("Defendant") hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to the dismissal of this action, including the dismissal of the Complaint and Counterclaim, with prejudice and without costs to any party.

Respectfully Submitted,

_/s/ Mark J. Kovack_
Mark J. Kovack, Esq. (ct 01431)
WAKE, SEE, DIMES & BRYNICZKA
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777
Ph. 203-227-9545
Fax: 203-226-1641
E-mail: mkovack@wsdb.com

Attorneys for Plaintiff
D.L. Ryan Companies, Ltd.

_Marie A. Casper (ct#08974)_
Marie A. Casper (ct#08974)

ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740
Tel.: 203-333-9441
Fax: 203-333-1489
E-Mail: mcasper@znclaw.com

Attorneys for Defendant
Alta Health & Life Insurance Company

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, to the following parties of record:

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777
Ph. 203-227-9545

Attorneys for Plaintiff
D.L. Ryan Companies, Ltd.

Dated at Bridgeport, Connecticut this 21st day of May 2004.

Marie A. Casper