UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

D.L. RYAN COMPANIES, LTD.        :    Civil Action

           Plaintiff,    :    No. 3:03CV1037 (JCH)

V.    :

ALTA HEALTH & LIFE    :
INSURANCE COMPANY

           Defendant.    :    April 20, 2004

**MOTION OF ALTA HEALTH & LIFE INSURANCE COMPANY
TO AMEND COUNTERCLAIM TO CORRECT ERROR**

Defendant Alta Life & Health Insurance Company ("Alta") hereby moves pursuant to Fed.R.Civ.P. to amend its Counterclaim, dated September 11, 2003 to correct allegations relating to documents attached to the Counterclaim as Exhibits A and B and to collect the amount of damages claimed.

1. The first portion of the Counterclaim relating to the error Alta seeks to correct is as follows:

    3. On or about November 22, 1999, Plaintiff submitted to Defendant a signed application for a Group Contract. A copy of the application is attached as Exhibit A.

    4. Effective January 1, 2000 Plaintiff and Defendant entered into, *inter alia*, the following contracts:

        a. A Stop-Loss Contract ("Stop-Loss Contract") (a copy is attached as Exhibit B); and

        b. An Administrative Services Contract ("Initial Administrative Services Contract") (a copy is attached as Exhibit B).

The Stop-Loss Contract and the Initial Administrative Services Contract are referred to collectively, at times, hereinafter as the "Initial Contracts."

MOTION GRANTED. SO ORDERED. 5/24/04